No. 177. GENERAL PETROLEUM CORPORATION *v.* COUNTY OF KERN. Error to the District Court of the United States for the Southern District of California. Argued October 14, 1926. Decided October 18, 1926. *Per Curiam.* Affirmed on the authority of *Mid-Northern Oil Co.* v. *Walker,* 268 U. S. 45. *Mr. A. L. Weil* for plaintiff in error. *Mr. Samuel Herrick* for defendant in error.

---

No. 253. ARNOLD H. BREIN *v.* STATE DEPARTMENT OF HEALTH ET AL. Error to the Superior Court of the State of Connecticut. Argued October 14, 1926. Decided October 18, 1926. *Per Curiam.* Dismissed for want of jurisdiction upon authority of *Sayward* v. *Denny,* 158 U. S. 180; *Oxley Stave Co.* v. *Butler County,* 166 U. S. 648, 655. *Mr. John B. Dillon,* with whom *Mr. Arnold H. Brein, pro se,* was on the brief, for plaintiff in error. *Messrs. William E. Egan* and *Frank E. Healy* for defendants in error.

---

No. —, original. STATE OF NEW YORK *v.* STATE OF ILLINOIS AND SANITARY DISTRICT OF CHICAGO. October 18, 1926. Bill of complaint filed pursuant to order of October 11, 1926, on motion of *Mr. John Holley Clark, Jr.,* for the complainant, and process ordered to issue returnable on Monday, November 1, 1926.